Argued and submitted August 7, affirmed October 3, 2001

ROBERT WOODROFFE,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

96C-13535, 96C-13534, 97C-11117;
A102594 (Control), A102822, A106322
(Cases Consolidated)

33 P3d 379

Eric M. Cumfer argued the cause and filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Affirmed. *Elkins v. Thompson*, 174 Or App 307, 25 P3d 376 (2001).